IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN RE:                              CHAPTER: 7
COVEY,EDWIN

                                     BANKRUPTCY NO.
                                     2:05-26461-CGC

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g) PROVIDING
ADDRESS FOR SERVICE OF NOTICES

TO:    the Clerk                                       Date: February 6, 2006

1. This request is filed pursuant to Bankruptcy Rule 2002 (g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address contained herein.

2. The address to which all such notices should be sent and substituted for that of the listed creditor appears below, and is the address for the attorney/agent of the creditor.

Respectfully,
TRI-CAP INVESTMENT PARTNERS, LLC, creditor and assignee of
ASSOCIATES NATIONAL BANK, original creditor

Respectfully,


by: /s/ Robert L. O'Brien
Robert L. O'Brien, ext 209
Litigation Manager
C/o Richard J. Boudreau & Associates, LLC
5 Industrial Way
Salem NH 03079
603-890-1644 x339
603-212-9298 FAX
title11@rjba.com