FORM B18 (10/05)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:05−bk−26461−CGC |
| **EDWIN B. COVEY**<br>39005 N. 4TH STREET<br>PHOENIX, AZ 85086<br>**SSAN:** xxx−xx−0888<br>**EIN:** | Chapter: 7 |
| **TRACEY B. COVEY**<br>39005 N. 4TH STREET<br>PHOENIX, AZ 85086<br>**SSAN:** xxx−xx−1736<br>**EIN:** | |
| Debtor(s) | |

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Date:** February 16, 2006        BY THE COURT

**Address of the Bankruptcy Clerk's Office:**        HONORABLE Charles G. Case II
U.S. Bankruptcy Court, Arizona        United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are *not* discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support; debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0970-2            User: admin                Page 1 of 2              Date Rcvd: Feb 17, 2006
Case: 05-26461                  Form ID: b18               Total Served: 68
```

```
The following entities were served by first class mail on Feb 19, 2006.
db        +EDWIN B. COVEY,     39005 N. 4TH STREET,    PHOENIX, AZ 85086-0738
db        +TRACEY B. COVEY,    39005 N. 4TH STREET,    PHOENIX, AZ 85086-0738
aty       +DAVID ALLEGRUCCI,   ALLEGRUCCI LAW OFFICE PLLC,   18001 N 79TH AVE STE B-46,   
           GLENDALE, AZ 85308-8393
aty       +ROBERT L. O'BRIEN,   RJ BOUDREAU & ASSOCIATES, LLC,   5 INDUSTRIAL WAY,   SALEM, NH 03079-4890
tr         LOTHAR GOERNITZ,    P.O. BOX 32961,   PHOENIX, AZ 85064-2961
cr        +COMPASS BANK (SECURED) DEPARTMENT,   C/O ASCENSION CAPITAL GROUP,   P.O. BOX 201347,
           ARLINGTON, TX 76006-1347
cr         HSBC Bank Nevada NA / HSBC Card Services III by eC,   P.O. Box 35480,   Newark, NJ 07193-5480
cr        +TRI-CAP INVESTMENT PARTNERS, LLC,   C/O BOUDREAU AND ASSOCIATES,   5 INDUSTRIAL WAY,
           SALEM, NH 03079-4866
6535596   +AMERICAN EXPRESS,   NATIONWIDE CREDIT,   P.O.BOX 740640,   ATLANTA, GA 30374-0640
6535595   +AMERICAN EXPRESS,   C/O JAFFE & ASHER,   600 THIRD AVE,   NEW YOUK, NY 10016-1901
6535597   +AMERICAN EXPRESS,   NCO FINANCIAL SYSTEMS,   P.O.BOX 41747,   PHILDELPHIA, PA 19101-1747
6535598   +ARIZONA OTOLARYNGOLGY,   CONSUTANTS,   333 E VIRGINIA AVE #101,   PHOENIX,AZ 85004-1207
6535599    ASPIRE,   P.O.BOX 23007,   COLUMBUS, GA 31902-3007
6535600   +ASSOCIATED COUNSELING,   N AMERICAN COLLECTIONS,   P.O.BOX 1425,   IDAHO FALLS, ID 83403-1425
6535601   +AT & T WIRELESS,   ACTIVE CREDIT SERVICE,   P.O.BOX 80370,   PORTLAND, OR 97280-1370
6535602   +ATTORNEY GENERAL OF AZ,   1275 W WASHINGTON ST,   PHOENIX, AZ 85007-2997
6535603   +AZ DEPT OF ECONOMIC SECURITY,   P.O. BOX 6123,   PHOENIX, AZ 85005-6123
6535608   +BEARD ST. CLAIR,   2105 CORONADO,   IDAHO FALLS, ID 83404-7495
6535609   +BENEFICIAL,   P.O.BOX 10640,   VIRGINIA BEACH, VA 23450-0640
6535610   +BON MARCHE MACYS,   1345 S 52ND ST,   TEMPE, AZ 85281-6970
6535612   +BON MARCHE-MACYS,   PLAZA RECOVERY ASSOC,   P.O.BOX 18008,   HAUPPAUGE, NY 11788-8808
6535613   +BONNEVILLE COUNTY,   605 N CAPITOL AVE,   IDAHO FALLS, ID 83402-3582
6535615   +CAPITAL ONE,   P.O. BOX 6000,   SEATTLE, WA 98190-0001
6535617   +CASEY HUNTSMAN,   2860 CHANNING WAY #112,   IDAHO FALLS, ID 83404-7532
6535619   +CHEVRON CREDIT BANK,   CCB CREDIT SERVICES,   P.O.BOX 272,   SPRINGFIELD, IL 62705-0272
6535620   +CHOICE POINT MARKETING,   100 W GARDEN ST #200,   PENSACOLA, FL 32502-5695
6535621   +CIRCUIT CITY,   NCO FINANCIAL SYSTEMS,   P.O.BOX 41448,   PHILADELPHIA, PA 19101-1448
6535622   +CITIBANK USA,   C/O LTD FINANCIAL SERVICES,   7322 SOUTHWEST FREEWAY #1600,
           HOUSTON, TX 77074-2000
6535623   +CITICARDS,   P.O.BOX 6406,   THE LAKES, NV 88901-6406
6535624    COMPASS BANK,   P.O BOX 192,   BIRMINGHAM, AL 35201-0192
6535625   +COX COMMUNICATIONS,   C/O KENNETH EISEN,   P.O BOX 7370,   PHOENIX, AZ 85011-7370
6535626   +CROFT CHIMNEY SWEEPS,   10636 N 15TH E,   IDAHO FALLS, ID 83401-5420
6535629   +DR FOLEY,   P.O. BOX 14044,   SCOTTSDALE, AZ 85267-4044
6535630   +EASTERN IDAHO,   REGIONAL MEDICAL CENTER,   P.O.BOX 990003,   BOISE, ID 83799-0003
6535631    ENVIRONMENTAL PROTECTION AGENCY,   75 HAWTHORNE, REGION 9,   SAN FRANCISCO, CA 94105
6535632   +EXPRESS PERSONNEL SERVICES,   2110 NIAGARA ST,   IDAHO FALLS, ID 83404-8025
6535633   +FIRST NORTH AMERICAN,   NATIONAL BANK,   P.O. BOX 78131,   PHOENIX, AZ 85062-8131
6535634   +FITNESS QUEST,   EASTERN COLLECTION,   1626 LOCUST AVE,   BOHEMIA, NY 11716-2159
6535635   +FRED HASSIG DDS,   SCOTTSDALE COLLECTIONS,   7900 E GREENWAY RD #201,   SCOTTSDALE, AZ 85260-1715
6535636   +GUNDERSON DENTON PROFFITT PC,   123 N CENTIENNIAL WAY #150,   MESA, AZ 85201-6689
6535637   +GUTHY-REN KER,   RMCB BLDG #3,   2269 S SAW MILL RIVER RD,   ELMSFORD, NY 10523-3835
6535638   +HAHN COUNSELING,   510 17TH ST #321,   IDAHO FALLS, ID 83404-6154
6535639   +HERBERT SCHENK,   4742 N 24TH ST,   PHOENIX, AZ 85016-4858
6535640   +HOME DEPOT,   P.O.BOX 6028,   THE LAKES, NV 88901-6028
6535641    HSBC CARD SERVICES,   P.O BOX 60102,   CITY OF INDUSTRY, CA 91716-0102
6535643   +IDAHO FALLS DENTAL GROUP,   P.O BOX 2046,   IDAHO FALLS, ID 83403-2046
6535644   +IDAHO STAT TAX COMMISSION,   P.O BOX 36,   BOISE, ID 83722-0036
6535648   +INTERSTATE COLLECTIONS OF IDAHO,   P.O. BOX 51180,   IDAHO FALLS ID 83405-1180
6535651    IRS SPECIAL PROCEDURES,   BK SECTION, JOE MAGANA,   210 E EARLL CODE 5014PX,   PHOENIX, AZ 85012
6535650    IRS SPECIAL PROCEDURES,   BK SECTION RON SMITH,   4750 W OAKEY, CODE,   CATS:SPF:B,
           LAS VEGAS, NV 89102
6535652   +J J TOWING,   13625 S SPRING,   SPRING VALLEY, AZ 86333-4239
6535653    JOHN ASHCROFT,   US ATTORNEY GENERAL,   MAIN JUSTICE BUILDING,   WASHINGTON, DE 20530
6535655   +MARICOPA COUNTY TREASURER,   301 W JEFFERSON,   PHOENIX, AZ 85003-2143
6619924   +Target Ntnl Bank (fka Retailers Ntnl Bank),   Target,   c/o Weinstein & Riley, P.S.,
           2101 4th Avenue, Suite 900,   Seattle, WA 98121-2339
6535656   +US ATTORNEY GENERAL,   TAX DIV, DEPT OF JUSTICE,   BOX 683 BEN FRANKLIN STN.,
           WASHINGTON, DC 20044-0683

The following entities were served by electronic transmission on Feb 18, 2006 and receipt of the transmission
was confirmed on:
aty       +E-mail: ebnnotices@theramseylawfirm.com Feb 18 2006 04:47:12    ERICH M RAMSEY,
           ASCENSION CAPITAL GROUP,   PO BOX 201347,   ARLINGTON, TX 76006-1347
tr         EDI: QLHGOERNITZ.COM Feb 18 2006 01:56:00    LOTHAR GOERNITZ,   P.O. BOX 32961,
           PHOENIX, AZ  85064-2961
smg       +EDI: AZDEPREV.COM Feb 18 2006 01:56:00    AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
           1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2612
6535605   +EDI: AZDEPREV.COM Feb 18 2006 01:56:00    AZ DEPT OF REVENUE,   BK UNIT, FIELD COLLECTIONS,
           1600 W MONROE, 7TH FL,   PHOENIX,AZ 85007-2612
6535606    EDI: CHASE.COM Feb 18 2006 01:56:00    BANK ONE,   P.O BOX 15548,   WILMINGTON, DE 19886-5548
6535607    EDI: CHASE.COM Feb 18 2006 01:56:00    BANK ONE,   P.O. BOX 15548,   WILMINGTION, DE 19886-5548
6535609   +EDI: HFC.COM Feb 18 2006 01:55:00    BENEFICIAL,   P.O.BOX 10640,   VIRGINIA BEACH, VA 23450-0640
6535614   +EDI: CAPITALONE.COM Feb 18 2006 01:57:00    CAPITAL ONE,   32275 32ND AVE SO,
           FEDERAL WAY, WA 98001-9616
6535618   +EDI: CHASE.COM Feb 18 2006 01:56:00    CHASE BANK,   P.O BOX 52195,   PHOENIX, AZ 85072-2195
6535623   +EDI: CITICORP.COM Feb 18 2006 01:57:00    CITICARDS,   P.O.BOX 6406,   THE LAKES, NV 88901-6406
6535627   +EDI: WELTMAN.COM Feb 18 2006 01:56:00    DELL FINANCIAL SERVICES,   P.O BOX 4125,
           CAROL STREAM, IL 60197-4125,   .
```

```
District/off: 0970-2           User: admin              Page 2 of 2              Date Rcvd: Feb 17, 2006
Case: 05-26461                 Form ID: b18             Total Served: 68

The following entities were served by electronic transmission (continued)
6535627     +E-mail: ebndell@weltman.com Feb 18 2006 04:46:07    DELL FINANCIAL SERVICES,    P.O BOX 4125,
              CAROL STREAM, IL 60197-4125,    .
6535628      EDI: DISCOVER.COM Feb 18 2006 01:56:00    DISCOVER,    P.O BOX 3007,    NEW ALBANY, OH 43054-3007
6535641      EDI: HFC.COM Feb 18 2006 01:55:00    HSBC CARD SERVICES,    P.O BOX 60102,
              CITY OF INDUSTRY, CA 91716-0102
6535645     +EDI: IRS.COM Feb 18 2006 01:56:00    INTERNAL REVENUE SERVICE,    OGDEN, UTAH 84201-0001
6535647     +EDI: IRS.COM Feb 18 2006 01:56:00    INTERNAL REVENUE SERVICE,    STOP 5085,    210 E EARLL,
              PHOENIX,AZ 85012-2653
6535649     +EDI: IRS.COM Feb 18 2006 01:56:00    IRS,    OGDEN, UT 84201-0001
6535654     +EDI: TSYS2.COM Feb 18 2006 01:56:00    JUNIPER BANK,    P.O.BOX 8833,    WILMINGTON, DE 19899-8833
                                                                                             TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6535594       .
6535604       AZ DEPT OF ENVIRONMENTAL,    QUALITY,    1110 W WASHINGTON 6TH FL,    PHOENIX,A Z85007
6535611*    +BON MARCHE MACYS,    1345 S 52ND ST,    TEMPE, AZ 85281-6970
6535616*    +CAPITAL ONE,    P.O.BOX 6000,    SEATTLE, WA 98190-0001
6535642*     HSBC CARD SERVICES,    P.O.BOX 60102,    CITY OF INDUSTRY, CA 91716-0102
6535646*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  INTERNAL REVENUE SERVICE,    OGDEN, UTAH 84201-0001)
                                                                                    TOTALS: 2, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2006**           **Signature:**   _Joseph Speetjens_